UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gill Gurpinder,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents | **2:16-cv-00980-JAD-PAL**<br><br>**Order Screening and Denying Petition without Prejudice and Closing Case** |

    Pro se Nevada state prison inmate Gill Gurpinder brings a § 2254 petition to enjoin criminal proceedings that are currently pending against him in state court. I have reviewed Gurpinder's petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I deny his petition without prejudice.

    Gurpinder alleges claims for ineffective assistance of counsel in a criminal case that is currently pending against him in Nevada's Eighth Judicial District Court.[1] Under the United States Supreme Court's decision in *Younger v. Harris*, a federal court may not interfere with ongoing state criminal proceedings absent extraordinary circumstances.[2] *Younger* abstention applies when (1) state judicial proceedings are pending; (2) the state proceedings involve important state interests; and (3) the state proceedings afford adequate opportunity to raise the constitutional issue.[3] Only in cases of proven harassment or prosecutions undertaken by state officials in bad faith without hope of obtaining a valid conviction have courts found federal injunctive relief against pending state

---

[1] ECF No. 1; State court Case No. C-15-311385-1.

[2] *Younger v. Harris*, 401 U.S. 37, 44 (1971); *Middlesex Cty Ethics Comm'n v. Garden State Bar Ass'n*, 457 U.S. 423, 431 (1982).

[3] *Middlesex Cty*, 457 U.S. at 432; *Dubinka v. Judges of the Superior Court*, 23 F.3d 218, 223 (9th Cir. 1994).

prosecutions appropriate.[4] All of the requirements for *Younger* abstention are present here, and Gurpinder has not shown that any extraordinary circumstances justify federal court intervention in his pending state criminal prosecution. I therefore deny Gurpinder's petition without prejudice.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that **Gurpinder's petition [ECF No. 1] is DENIED without prejudice, and I decline to issue a certificate of appealability.**

The Clerk of Court is instructed to add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents and to electronically serve respondents with a copy of Gill's petition and this order. Respondents need take no action in this case.

The Clerk of Court is further instructed to CLOSE this case.

Dated September 12, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[4] *Carden v. Montana*, 626 F.2d 82, 83–84 (9th Cir. 1980), *cert denied*, 449 U.S. 1014 (1980) (citing *Perez v. Ledesma*, 401 U.S. 82, 85 (1971)).

2